UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>DANIEL CHAVEZ, et al.,<br>　　　　Defendants. | Case No. 15-cr-00285-LHK-1 (VKD)<br><br>**ORDER AUTHORIZING ISSUANCE OF SUBPOENA TO ALAMEDA COUNTY SHERIFF'S OFFICE**<br><br>Re: Dkt. Nos. 627, 629 |

On November 30, 2018, the Court granted defendant Daniel Chavez's request to issue a subpoena to the Alameda County Sheriff's Office for records of his housing and movement. Dkt. No. 627. Per the Court's request, Mr. Chavez submitted an updated subpoena deuces tecum. Dkt. No. 629. For good cause shown, the Court hereby orders that Mr. Chavez may serve the subpoena attached to this order as Exhibit A.

The Court further orders that Mr. Chavez provide counsel for the United States with copies of records obtained pursuant to the subpoena.

**IT IS SO ORDERED.**

Dated: December 3, 2018

VIRGINIA K. DEMARCHI
United States Magistrate Judge