UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANIEL CHAVEZ, et al.,<br>Defendants. | Case No. 15-cr-00285-LHK-1 (VKD)<br><br>**AMENDED[1] ORDER GRANTING IN PART DEFENDANT DANIEL CHAVEZ'S MOTION FOR ISSUANCE OF SUBPOENAS**<br>Re: Dkt. No. 803 |

Defendant Daniel Chavez seeks an order authorizing issuance of subpoenas under Federal Rule of Criminal Procedure 17 for the attendance of witnesses and the production of documents for the January 30, 2020 evidentiary hearing before Judge Koh on Mr. Chavez's motion to suppress evidence. Dkt. No. 803. The United States does not object to the subpoenas seeking the attendance of named Salinas Police Department officers. Dkt. No. 812 at 1–2, 3–5. The United States also does not object to the portions of the subpoenas to Officers Mario Reyes and Jared Sivertson that request documents. *Id.* As to all of these subpoenas, the United States has agreed to serve the subpoenas on the Salinas Police Department officers. *Id.* at 9.

However, the United States *does* object to the portion of the subpoena that requests documents from Officer Justin Salinas, and to the subpoena that asks the Salinas Police Department to produce the "person most knowledgeable" regarding the first date anyone at the Department was in contact with any federal law enforcement authority about possible criminal

---

[1] The Court's original order (Dkt. No. 813) indicated that a dispute remained regarding Mr. Chavez's request for documents from Officer Sivertson, instead of Officer Salinas. This amended order corrects that error. The amendment is indicated in bolded and italicized text.

1  charges against Mr. Chavez and documents confirming that date. *Id.* at 2, 3, 5.

2  The Court concludes that the subpoenas (or portions thereof) attached as Exhibit A to Mr. Chavez's motion as to which the United States does not object should issue promptly. The Clerk's Office shall issue subpoenas for *attendance* (but not documents) at the January 30, 2020 hearing to:

1. Salinas Police Department Officer Anthony Parker;
2. Salinas Police Department Officer Justin Salinas;
3. Salinas Police Department Officer Gerardo Magana; and
4. Salinas Police Department Officer James Knowlton.

The Clerk's Office shall issue subpoenas for *attendance and documents* at the January 30, 2020 hearing to:

5. Salinas Police Department Officer Mario Reyes; and
6. Salinas Police Department Officer Jared Sivertson.[2]

The United States does not dispute that Mr. Chavez is unable pay the expenses associated with service of these subpoenas. Accordingly, the process costs and witness fees for the above subpoenas shall be paid in the same manner as those paid for witnesses the United States subpoenas. Fed. R. Crim. P. 17(b). The Court understands that the United States has agreed to serve the subpoenas once they are issued, and the Court so orders.

The Court will decide the remaining disputes concerning the document requests in the subpoena directed to Officer *Salinas* and the subpoena directed to the Salinas Police Department's "person most knowledgeable" after briefing is completed on those issues.

**IT IS SO ORDERED.**

Dated: January 23, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[2] The United States suggests that the subpoena to Officer Sivertson may no longer be necessary in view of an agreement reached between the parties. If Mr. Chavez concurs that this evidence is not needed at the hearing, the subpoena need not be served and Officer Sivertson need not respond.